

Receipt # 9129
4/27/10
$1.81

# LUCIEN A. MORIN, II
## CHAPTER 7 TRUSTEE
25 East Main Street
Rochester, New York 14614
Telephone: (585) 546-2500
Fax: (585) 546-7218
E-mail: zmcmw@aol.com

April 23, 2010

FILED
APR 26, 2010
BANKRUPTCY COURT
ROCHESTER, NY

United States Bankruptcy Court
ATTN: Maggie Clifford
1220 U.S. Courthouse
100 State Street
Rochester, NY 14614

    RE:    Sarah A. Bubel
             BK 08-21338
             Trustee Check #10016 for dividends under $5

Dear Maggie:

    I enclose the Trustee's check #10016 in the amount of $1.81 for dividends under $5.00 for the following:

| Amount | Claim # | Creditor |
|---|---|---|
| $0.74 | 1 | Wegmans Food Markets |
| $1.07 | 5 | Rochester Gas & Electric Corp. |

    If you have any questions, please call.

                Very truly yours,

                Lucien A. Morin, II
                Chapter 7 Trustee

LAM/jmc
Enclosure